In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

**09-21-00189-CR**
**09-21-00190-CR**

_____

**JOANNE SCHIWART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause Nos. 18-29721 and 18-29722

## MEMORANDUM OPINION

Pursuant to plea bargain agreements, appellant Joanne Schiwart pleaded guilty to forgery and credit card or debit card abuse. *See* Tex. Penal Code Ann. §§ 32.21; 32.31(b)(1)(A). In cause number 18-29721, the trial court found the evidence sufficient to find Schiwart guilty of forgery but deferred further proceedings and placed Schiwart on community supervision for five years. In cause number 18-29722 the trial court found the evidence sufficient to find Schiwart guilty of credit card or

1

debit card abuse but deferred further proceedings and placed Schiwart on community supervision for two years.

Subsequently, prior to the expiration of the terms of community supervision, the State filed motions to revoke Schiwart's community supervision. In both cases, Schiwart pleaded "true" to violating certain terms of the community supervision order. After conducting an evidentiary hearing, the trial court found the evidence was sufficient in both cases to find that Schiwart violated those terms of her community supervision. In cause number 18-29721, the trial court revoked Schiwart's community supervision, found Schiwart guilty of forgery, and assessed punishment at five years of confinement. In cause number 18-29722, the trial court revoked Schiwart's community supervision, found Schiwart guilty of credit card or debit card abuse, and assessed punishment at two years of confinement. The trial court ordered the sentences to run concurrently.

Schiwart's appellate counsel filed *Anders* briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 2, 2021, we granted an extension of time for Schiwart to file pro se briefs and notified her of the deadline for doing so. We received no response from Schiwart in either case.

We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on February 23, 2022
Opinion Delivered April 20, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

---

[1] Schiwart may challenge our decision in these cases by filing a petition for discretionary review. *See* Tex. R. App. P. 68.